IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EVAN B. CASEY,

    Plaintiff,

v.

                                      Case No.   18-cv-1002-jdp

RENEE SCHUELER, ANGIE HODGE,
SALAM SYED, ELIZABETH LINDER,
FIONA GIBBONS, NURSE DENISE
VALERIUS, BRYAN GERRY, MICHAEL
DITTMANN, AND SUE NOVAK,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/  
Peter Oppeneer, Clerk of Court

10/15/2020  
Date